

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| | § | Case No.: 1:25-mj-00130-BAM |
| v. | § | CRIMINAL NO. 6:25-CR-101 |
| | § | |
| AUTUMN BETH STEPHENS (02) | § | |
| KYLE MARTIN GAGE (03) | § | JUDGES KERNODLE/MITCHELL |
| LUIS MARIANO PONCE PACHECO (04) | § | |
| SUSIE CAITLIN ELDRIDGE (05) | § | FILED UNDER SEAL |

**SEALED**

### FIRST SUPERSEDING INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

<u>Violation</u>:  21 U.S.C. § 846
(Conspiracy to Distribute and Possess with
Intent to Distribute Methamphetamine)

Beginning in or about January 2025, the exact date being unknown to the United States Grand Jury, and continuing thereafter until at least the date of the return of this indictment, in the Eastern District of Texas and elsewhere, the defendants, **Autumn Beth Stephens, Kyle Martin Gage, Luis Mariano Ponce Pacheco, and Susie Caitlin Eldridge** did knowingly and intentionally combine, conspire, confederate, and agree with each other and with others, both known and unknown to the United States Grand Jury, to violate a law of the United States of America, to wit, 21 U.S.C. § 841(a)(1), prohibiting the possession with intent to distribute and distribution of 50 grams or more of actual methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 846.

Indictment - Page 1

## COUNTS TWO – FOUR

<u>Violation</u>: 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2 (Possession with Intent to Distribute and Distribution of Methamphetamine and Aiding and Abetting)

On or about the dates listed below, in the Eastern District of Texas, the Defendants listed below, aided and abetted by one another and others, knowingly and intentionally possessed with intent to distribute and distributed methamphetamine, a Schedule II controlled substance, in the quantity listed below:

| Count | Date | Defendant(s) | Quantity |
|---|---|---|---|
| 2 | January 22, 2025 | Kyle Martin Gage | 5 grams or more, but less than 50 grams of actual methamphetamine |
| 3 | February 6, 2025 | Autumn Beth Stephens | 5 grams or more, but less than 50 grams of actual methamphetamine |
| 4 | March 3, 2025 | Autumn Beth Stephens | 5 grams or more, but less than 50 grams of actual methamphetamine |

In violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2.

Indictment - Page 2

## COUNT FIVE

<u>Violation</u>: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about August 22, 2025, in the Eastern District of Texas, the defendant, **Kyle Martin Gage**, did knowingly possess, in or affecting interstate or foreign commerce, a firearm, to wit, an Anderson Manufacturing, AM-15 Model, AR-15 Style, multi-caliber rifle, while knowing he had been convicted of an offense punishable by a term of imprisonment exceeding one year, specifically:

1. Possession of a Controlled Substance, a Felony, in the 124th District Court of Gregg County, Texas, in Cause 48451-B, on March 7, 2019.

In violation of 18 U.S.C. § 922(g)(1).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Pursuant to 21 U.S.C. § 853(a)

As the result of committing one or more of the foregoing offenses alleged in this indictment, the defendants herein shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

1. any property constituting, or derived from, and proceeds the defendants obtained, directly or indirectly, as the result of such violations;

2. any of the defendants' property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, and/or;

**Firearms and Ammunition:**

Any and all firearms, ammunition and accessories, including, but not limited to, the following:

   a) Armscor BBR 3.10 model, .45 caliber pistol, bearing serial number RIA2446831;
   b) a Bond Arms Rough Rider .45/.410 derringer, bearing serial number 256882; and
   c) an Anderson Manufacturing, AM-15 model, AR-15 style rifle, bearing serial number 17182240

**Cash Proceeds:**

A sum of money equal to $50,000.00 in United States currency and all interest and proceeds traceable thereto, representing the amount of proceeds obtained by the defendants as a result of the offense(s) alleged in this indictment, for which the defendants is personally liable.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with a third person;

(c) has been placed beyond the jurisdiction of the court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by the defendants.

By virtue of the commission of the offenses alleged in this indictment, any and all interest the defendants have in the above-described property is vested in the United States and hereby forfeited to the United States pursuant to 21 U.S.C. § 853(a).

A TRUE BILL,

_9.17.25_  
Date

_____  
FOREPERSON OF THE GRAND JURY

JAY R. COMBS  
ACTING U.S. ATTORNEY

_____  
DUSTIN FARAHNAK  
Assistant United States Attorney

_9/17/25_  
Date

Indictment - Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 6:25-CR-101 |
| § | |
| AUTUMN BETH STEPHENS (02) § | |
| KYLE MARTIN GAGE (03) § | JUDGES KERNODLE/MITCHELL |
| LUIS MARIANO PONCE PACHECO (04) § | |
| SUSIE CAITLIN ELDRIDGE (05) § § | |

## NOTICE OF PENALTY

### COUNTS ONE-FOUR

Violation:   21 U.S.C. §§ 846 and 841(a)(1)

Penalty:   (A) If greater than 5 grams, but less than 50 grams of actual methamphetamine or greater than 50 grams but less than 500 grams of a mixture or substance containing a detectable amount of methamphetamine:

Imprisonment for a term of not less than 5 years or more than 40 years; a fine not to exceed $5,000,000, or both; and a term of supervised release of at least 4 years.

(B) If greater than 50 grams of actual methamphetamine or 500 grams of a mixture or substance containing a detectable amount of methamphetamine:

Imprisonment for a term of not less than 10 years or more than life; a fine not to exceed $10,000,000, or both; and a term of supervised release of at least 5 years.

Special Assessment:   $100.00 on each count.

### COUNT FIVE

Indictment - Page 6

    Violation:                    18 U.S.C. § 922(g)(1)

    Penalty:                     Imprisonment for not more than 15 years, a fine not to exceed $250,000, or both, and supervised release of not more than 3 years.

    Special Assessment:    $100.00

Case 6:25-cr-00101-JDK-KNM *SEALED*   Document 36 *SEALED*   Filed 09/18/25   Page 1 of 1 PageID #: 105
Case 1:25-mj-00130-BAM   Document 1   Filed 11/06/25   Page 8 of 8

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Luis Mariano Ponce Pacheco<br><br>*Defendant* | )<br>)  Case No.  6:25-cr-101-4<br>)<br>)<br>)<br>) |

**8:05 am Sep 19, 2025**
**RECEIVED**
**EASTERN DISTRICT OF TEXAS**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Luis Mariano Ponce Pacheco,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Felony - Count 1=21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine)

Date: 09/18/2025

*Issuing officer's signature*

City and state: Tyler, Texas

David A. O'Toole
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*